FILED
CLERK, U.S. DISTRICT COURT

JUL 25 2008

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIDIA COTA-BIRENBAUM,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT TAYLOR, et al.,<br><br>    Respondents. | NO. CV 08-0332 SGL (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: __7-25__, 2008.

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE